FILED
CLERK, U.S. DISTRICT COURT

JUN - 7 2013

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> v. ) <br> EBER ABDIEL RESONDIZ ) <br> Defendant. ) | Case No.: ED 13-0290M <br> ORDER OF DETENTION <br> (FED.R. CRIM. P.32.1(a)(6); 18 U.S.C. § 3143(a)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the  SOUTHERN  District of  CALIFORNIA  for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.  ( )   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following: · Previous violation pre-trial Release/Bail; · Associated with multiple personal identifier

1

1 and/or

2 B.   (✓)   The defendant has not met his/her burden of establishing by clear and
3   convincing evidence that he/she is not likely to pose a danger to the
4   safety of any other person or the community if released under 18
5   U.S.C. § 3142(b) or (c). This finding is based on the following:
6   • Previously violated pre-trial release/bail
7   • Offense on bail

12 IT THEREFORE IS ORDERED that the defendant be detained pending the further
13 revocation proceedings.

15 Dated: 6/7/13

HONORABLE DAVID T. BRISTOW
United States Magistrate Judge

2